# EXHIBIT A

LAW OFFICES
# HOFF & HERRAN
A Partnership Including Professional Corporations

John Scott Hoff
(IL/IA/NE/CA/WI/MI/CD/MN/NY)
Alex Herran (IL)

135 South LaSalle Street, Suite 3300
Chicago, Illinois 60603-4134
Tel: 312/346-8111
Fax: 312/853-3924
WEB Site: www.aviationattorney.com

Jeffrey F. Clement (IL)
Timothy J. O'Connell (IL)

Glenn Collins, Of Counsel (IL)

August 21, 2012

**VIA FACSIMILE, E-MAIL & US MAIL**

**AXA Insurance Company**
C/O: Christopher Kende, Esq.
Cozen O'Connor
45 Broadway, 16th Floor
New York, NY 10006
Fax: (866) 263 1338

RE:     **NOTICE OF ATTORNEYS LIEN**
        Clients:    Convergence Aviation Ltd.; Image Air, LLC; Image Air, Inc.; CIAO Ltd.; Orval Yarger and Onala Aviation LLC.
        D/L:        January 8, 2008
        P/L:        Bowling Green, Kentucky
        Aircraft:   Piper DLX-Jetprop, PA-46-500TP
        Case No.:   United States District Court
                    Northern District of Illinois
                    1:10-cv-03021
        Our File No.: 09930

Dear Mr. Kende:

PLEASE TAKE NOTICE THAT Convergence Aviation Ltd.; Image Air, LLC; Image Air, Inc.; CIAO Ltd.; Orval Yarger and Onala Aviation LLC., hereinafter referred to as claimants, have placed in my hands as their attorney for collection, a certain suit, claim, demand or cause of action against you growing out of an engine failure of an aircraft, N295S (the "Aircraft") on January 8, 2008, which resulted in an emergency landing in Bowling Green, Kentucky.

You are hereby notified that said claimants have entered into a contract with the undersigned to pay as compensation for services rendered and that may be rendered in and about

Christopher Kende, Esq.
August 21, 2012
Page 2 of 2

the prosecution of that suit, claim, demand or cause of action, on an hourly basis in the above matter.

You are further notified that by virtue of the attorneys lien law, 770 ILCS 5/1 *et seq.*, Hoff & Herran claims a lien to the extent of its interest as above set forth in said claim, demand, suit or cause of action which said lien by virtue of said law attaches to any verdict or judgment entered or to be entered in said suit or to any money or judgment entered or to be entered in said suit or to any money or property that may be recovered by claimants on account of such claim, suit, demand or cause of action after service of this notice. Accordingly, please account for and protect the interests of Hoff & Herran upon issuance of any payment, draft, settlement or consideration in said suit.

Dated: August 21, 2012

Very truly yours,

**HOFF & HERRAN**

_____
John Scott Hoff, Esquire
Alex Herran, Esquire
Timothy J. O'Connell, Esquire
HOFF & HERRAN
135 South LaSalle, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-8111
E-mail: jsh@aviationattorney.com
ah@aviationattorney.com
tjo@aviationattorney.com

### CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a copy of the foregoing document was served upon the below named counsel of record *via* U.S. Mail on August 21, 2012.

_____
Alex Herran